## IN THE UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

No. 22-2402

CHEMALLOY CO LLC

v.

CITIBANK NA

### STIPULATION OF VOLUNTARY DISMISSAL OF APPEAL

Appellant, Chemalloy Co LLC, and Appellee, Citibank NA, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal of the appeal in the above-captioned action pursuant to Federal Rule of Appellate Procedure 42(b), with each party to bear its own costs.

**BALLARD SPAHR LLP**

*/s/ Daniel J.T. McKenna*
Daniel J.T. McKenna, Esquire
PA Attorney ID No. 93930
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
T:  (215) 65-8500
mckennad@ballardspahr.com
*Attorneys for Appellee*
*Citibank NA*

**BROWN MCGARRY NIMEROFF LLC**

*/s/ Raymond McGarry*
Raymond McGarry, Esquire
PA Attorney ID No. 56520
2 Penn Center, Suite 610
1500 John F. Kennedy Boulevard
Philadelphia, PA  19102
T: (267) 861-5330
rmcgarry@bmnlawyers.com
*Attorneys for Appellant*
*Chemalloy Company, LLC*